No. 9126.

GALLIMORE *v.* THE PEOPLE.

*Error to Pueblo District Court, Hon. J. E. Rizer, Judge.*

Mr. J. H. H. LOW and Mr. D. M. CAMPBELL, for plaintiff in error.

Hon. LESLIE E. HUBBARD, Attorney General; Miss CLARA RUTH MOZZOR, Assistant Attorney General, for the People.

*Per curiam:*

GALLIMORE was charged with murder and convicted of voluntary manslaughter, and sentenced to the penitentiary. She has brought the case here on writ of error, and applied for a *supersedeas.*

We have not only considered the questions raised in the briefs, but have also read the entire record and are satisfied that it contains no substantial error; that the trial was in accordance with law, and the evidence amply sufficient to sustain the verdict. The application for a *supersedeas* is, therefore, denied and the judgment affirmed.